| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE ALLEN SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF ALLEN ) | | CAUSE NO._____ |

ERIC L. JOHNSON, )
)
    Plaintiff, )
)
v. )
)
CHATEAU WILDWOOD, LLC, d/b/a )
AUTUMN CREEK APARTMENTS, )
)
    Defendant. )

## COMPLAINT

Plaintiff alleges against Defendant that:

1. Plaintiff Eric L. Johnson is an African American/black male who worked as a maintenance worker for Defendant. Plaintiff filed a Charge of Discrimination on or about February 14, 2019, a copy of which is attached hereto, made a part hereof and incorporated herein as Exhibit "A". The EEOC issued a Dismissal and Notice of Rights on February 10, 2020, a copy of which is attached hereto as Exhibit "B".

2. Defendant is a business headquartered at 320 E. 90th Drive, Merrillville, Indiana 46410, and operates Autumn Creek Apartments at 2034 Ardmore Avenue, Fort Wayne, Indiana 46802, where Plaintiff worked in maintenance.

3. Plaintiff alleges that he was discriminated against and terminated on account of his race and color (African American/black) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and 42 U.S.C. § 1981. Plaintiff contends that he was deprived of the same contractual benefits of employment as similarly

–1–

situated Caucasians. Plaintiff alleges that similarly situated Caucasians were treated better with respect to the terms, benefits and privileges of their employment.

4. Plaintiff was the only black employee working in the region (as a maintenance worker for Autumn Creek Apartments), and on February 4, 2019, he was laid-off supposedly due to "budget cuts", but then Autumn Creek began hiring for maintenance positions after Plaintiff was laid-off, and he was not called back to work and Defendant continued to seek out new Caucasian workers. Upon information and belief, Defendant hired a Caucasian employee to replace Plaintiff.

5. Plaintiff claims that Defendant terminates black employees for things that similarly situated Caucasians are not fired for, and that he suffered disparate discipline in the workplace.

6. Defendant acted intentionally and in reckless disregard of Plaintiff's federally protected civil rights under Title VII and 42 U.S.C. § 1981 by discriminating against him and terminating him on account of his race and color. Plaintiff contends that he is entitled to damages for the loss of his job, loss of income and benefits, emotional distress, mental anguish, humiliation, embarrassment, and other damages and injuries. Because Defendant acted intentionally, Plaintiff is entitled to punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:   cmyers@myers-law.com
Counsel for Plaintiff

02D09-2005-CT-000254
USDC IN/ND case 1:20-cv-00256-HAB-SLC document 2 filed 05/08/20 page 4 of 5
Filed: 5/8/2020 2:35 PM
Clerk
Allen County, Indiana
MC
Allen Superior Court

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| X FEPA | EO-0092-A19 |
| X EEOC | 24D-2019-00138 |

**City of Fort Wayne Metro Human Relations Commission** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Eric L. Johnson | | |

Street Address: 2526 Smith St, Fort Wayne, IN 46803

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| IGC RESIDENTIAL PROPERTY GROUP | Unknown | (219) 738-2322 |

Street Address: 320 East 90th Drive, Merrillville, IN 46410

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Autumn Creek Apartments | | |

Street Address: 2034 Ardmore Ave. Fort Wayne, IN 46802

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-04-2019
Latest: 02-04-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a qualified black individual who worked for IGC Apartment Management Group ("IGC") in maintenance. I am the only black employee working in this region. On February 4, 2019, I was laid off due to budget cuts. IGC is hiring for maintenance positions, and I have not been called back to work.

For these reasons I feel I have been discriminated against due to my race, black in violation of The Title VII of the Civil Rights Act of 1964, as amended and Fort Wayne Ordinance G-21-78, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Feb 14, 2019
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

ANGELA K MYERS, Notary Public
Allen County, State of Indiana
Commission Number 714427
My Commission Expires June 18, 2026

SUBSCRIBED AND SWORN TO BEFORE ME THIS
(month, day, year)  2-14-19

Ex. A

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Eric L. Johnson<br>2526 Smith St<br>Fort Wayne, IN 46803 | From: Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2019-00138 | Jeremy A. Sells,<br>State & Local Coordinator | (463) 999-1161 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Michelle Eisele*

Michelle Eisele,
District Director

February 10, 2020
*(Date Mailed)*

Enclosures(s)

cc: HR Director
IGC RESIDENTIAL PROPERTY GROUP
320 East 90th Drive
Merrillville, IN 46410

Ex. B