AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ERIC L. JOHNSON,

        Plaintiff,

v.                                                                Civil Action No.  1:20-cv-00256

CHATEAU WILDWOOD LLC, termed 08/25/2020
doing business as Autumn Creek Apartments,
ANDOVER MANAGEMENT CORPORATION,
also known as IGC Residential Property Management
doing business as Autumn Creek Apartments,

        Defendants,


ANDOVER MANAGEMENT CORPORATION

        Counter Claimant,

   v.

ERIC L. JOHNSON

        Counter Defendant,

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff_____.

☒ Other:  Plaintiff Eric L. Johnson's claims are DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil 41(b). Defendant Andover Management Corporation's counterclaim is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge_____presiding, and the jury has rendered a verdict.

___ tried by Judge_____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady on Report and Recommendations of Magistrate Judge.

DATE:  October 25, 2021                                    GARY T. BELL, CLERK OF COURT

                                                           By: s/ L. Higgins-Conrad
                                                               *Signature of Deputy Clerk*